**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Eastern District of North Carolina**

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Rebellion Point Entertainment, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **East Coast Game Rooms** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 3 – 1 8 1 4 7 2 1 | |
| **4. Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | 3928 N. Croatan Hwy<br>Number    Street | 616 Johnson Street<br>Number    Street |
| | Kitty Hawk, NC 27949<br>City    State    ZIP Code | Virginia Beach, VA 23452-5812<br>City    State    ZIP Code |
| | Dare<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| **5. Debtor's website (URL)** | eastcoastgamerooms.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Rebellion Point Entertainment, LLC**　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
　　**4  4  9  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.　Debtor _____ Relationship _____
　　　　　District _____ When _____
　　　　　　　　　　　　　　　MM / DD / YYYY
　　　　　Case number, if known _____

Debtor  **Rebellion Point Entertainment, LLC**            Case number *(if known)*
          Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>   City                            State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **3**

Debtor  **Rebellion Point Entertainment, LLC**          Case number *(if known)*
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/14/2025**
            MM/  DD/  YYYY

X  **/s/ David M. Teague**                           **David M. Teague**
Signature of authorized representative of debtor      Printed name

Title  **Owner**

**18. Signature of attorney**

X  **/s/ William P. Janvier**            Date  **04/14/2025**
Signature of attorney for debtor                  MM/  DD/  YYYY

**William P. Janvier**
Printed name

**Stevens Martin Vaughn & Tadych, PLLC**
Firm name

**2225 W Millbrook Road**
Number        Street

**Raleigh**                          **NC**        **27612**
City                                  State        ZIP Code

**(919) 582-2300**                   **wjanvier@smvt.com**
Contact phone                         Email address

**21136**                            **NC**
Bar number                            State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: **Rebellion Point Entertainment, LLC**

United States Bankruptcy Court for the: **Eastern District of North Carolina**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors                                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/14/2025**
              MM/ DD/ YYYY

X **/s/ David M. Teague**
Signature of individual signing on behalf of debtor

**David M. Teague**
Printed name

**Owner**
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Rebellion Point Entertainment, LLC** |
| United States Bankruptcy Court for the: | **Eastern District of North Carolina** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dogwood State Bank<br>Attn: Managing Agent<br>1030 Mallard Creek Rd. Ste. 232<br>Charlotte, NC 28262 | | All Assets | | | | $1,258,600.00 |
| 2 | OBX Billiards<br>Attn: Managing Agent<br>111 Docks Court<br>Kitty Hawk, NC 27949 | | | | | | $150,000.00 |
| 3 | OBX Billiards<br>Attn: Managing Agent<br>111 Docks Court<br>Kitty Hawk, NC 27949 | | | | | | $87,000.00 |
| 4 | Dogwood State Bank<br>Attn: Managing Agent<br>1030 Mallard Creek Rd. Ste. 232<br>Charlotte, NC 28262 | | | | | | $45,000.00 |
| 5 | American Express<br>Attn: Managing Agent<br>PO Box 981535<br>El Paso, TX 79998-1535 | | Credit card | | | | $17,137.00 |
| 6 | Itchka LLC<br>Attn: Managing Agent/Mark Lupean<br>111 Docks Ct.<br>Kitty Hawk, NC 27949 | | Unpaid rent | | | | $14,334.00 |
| 7 | Cavalier Ford<br>Attn: Managing Agent<br>1515 S. Military Hwy<br>Chesapeake, VA 23320 | | | | $62,261.09 | $52,748.00 | $9,513.09 |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor **Rebellion Point Entertainment, LLC** Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE: **Rebellion Point Entertainment, LLC**          CASE NO

                                                       CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **04/14/2025**      Signature   **/s/ David M. Teague**
                                       David M. Teague, Owner

Adina Mehedint
227 W. Trade St. #1550
Charlotte, NC 28202

American Express
Attn: Managing Agent
PO Box 981535
El Paso, TX 79998-1535

Cavalier Ford
Attn: Managing Agent
1515 S. Military Hwy
Chesapeake, VA 23320

David Teague
616 Johnson St.
Virginia Beach, VA 23452

Dogwood State Bank
Attn: Managing Agent
1030 Mallard Creek Rd. Ste. 232
Charlotte, NC 28262

Dogwood State Bank
Attn: Maysa Guthrie
5955 Carnegie Blvd Ste 200
Charlotte, NC 28209

Internal Revenue Service
Attn: Managing Agent
PO Box Box 7346
Philadelphia, PA 19101-7346

Itchka LLC
Attn: Managing Agent/Mark Lupean
111 Docks Ct.
Kitty Hawk, NC 27949

Itchka, LLC
Attn: Managing Agent
111 Docks Court
Kitty Hawk, NC 27949

Mark Lupean
111 Docks Ct.
Kitty Hawk, NC 27949

NC Dept. of Revenue
Attn: Managing Agent
PO Box 1168
Raleigh, NC 27602-1168

OBX Billiards
Attn: Managing Agent
111 Docks Court
Kitty Hawk, NC 27949

US Attorney General
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530

US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St. Ste. 2100
Raleigh, NC 27601

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Rebellion Point Entertainment, LLC**                                    Case No.    _____

                                           Debtor(s)                              Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Rebellion Point Entertainment, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

        **04/14/2025**                          **/s/ William P. Janvier**
Date                                        **William P. Janvier**
                                            Signature of Attorney or Litigant
                                            Counsel for  **Rebellion Point Entertainment, LLC**
                                            **Bar Number: 21136**
                                            **Stevens Martin Vaughn & Tadych, PLLC**
                                            **2225 W Millbrook Road**
                                            **Raleigh, NC 27612**
                                            **Phone: (919) 582-2300**
                                            **Email: wjanvier@smvt.com**